JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JESSIE JAMES DAVIS IV, An Individual,<br><br>Plaintiffs,<br>v.<br>PLAZA WOODS, LLC; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No: 8:21-cv-01421-JLS(DFMx)<br><br>ORDER DISMISSING WITH PREJUDICE ENTIRE ACTION (Doc. 14) |

Based on the Joint Stipulation for Dismissal With Prejudice (Doc. 14) submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' Complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: January 18, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1